IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 01-cv-714-WYD-BNB

WAVEFORM TELEMEDIA, INC., d/b/a Mountain Life Network ATV Channel 8 Aspen Television,

    Plaintiff,

v.

RRN, INC., et al.,

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Confirm and Enter Judgment on Arbitration Award Against Defendants Sitour North America and Recreation Resort Network **(docket #43)** filed May 12, 2006, AND Plaintiff's Motion to Confirm and Enter Arbitration Award Against Defendant Panorama Weather North American **(docket #42)** filed May 12, 2006 are **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

Dated:  May 17, 2006

                                          <u>s/ Michelle M. Merz</u>
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge