IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 01-cv-00714-WYD-BNB

WAVEFORM TELEMEDIA, INC., d/b/a Mountain Life Network ATV Channel 8 Aspen Television,

    Plaintiff,

v.

RRN, INC., et al.,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Motion to Confirm and Enter Judgement on Arbitration Award Against Defendants Sitour North American and Recreation Resort Network (docket #43) filed May 12, 2006 ("Motion").

    On August 14, 2001, I entered an Order dismissing this case based on a finding that the case was subject to arbitration under an arbitration clause. On February 27, 2004, the parties agreed to submit their dispute to National Arbitration and Mediation (NAM). An arbitration was held from November 14 - 17, 2005, before the Honorable John M. Perone, Retired Justice, Supreme Court, Westchester County, New York. Judge Perone issued a decision on March 28, 2006, in favor of Plaintiff and against Defendants Recreation Resort Network, Inc. and Sitour North America, Inc. Plaintiff's Motion requests that I confirm the arbitration awards and enter judgement in favor of Plaintiff.

Because this case has been dismissed and final judgment entered in favor of Defendants, I have no jurisdiction to consider Plaintiff's Motion in the context of this case. Therefore, it is hereby

ORDERED that Plaintiff's Motion to Confirm and Enter Judgment on Arbitration Award Against Defendants Sitour North American and Recreation Resort Network (docket #43) filed May 12, 2006, is **DENIED WITHOUT PREJUDICE**.

Dated:  June 2, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge