IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 01-cv-00714-WYD-BNB

WAVEFORM TELEMEDIA, INC., d/b/a Mountain Life Network ATV Channel 8 Aspen Television,

    Plaintiff,

v.

RRN, INC., et al.,

    Defendants.

_____

**ORDER**
_____

It has come to my attention that counsel for Plaintiff, Alan Jay Feldman, has on more than one occasion called my Chambers and communicated, regarding issues in this case, in a rude and unprofessional manner.  Within the past week, Mr. Feldman telephoned one of my law clerks and engaged in inappropriate conversation about his displeasure with my recent Order on Plaintiff's Motion to Confirm and Enter Judgement on Arbitration Award Against Defendants Sitour North American and Recreation Resort Network.  Such conduct by Mr. Feldman is unacceptable and shall cease.  Mr. Feldman is hereby admonished that future unprofessional conduct of this nature will result in an Order from me that directs Mr. Feldman to travel to Denver to show cause why I should not impose sanctions for unprofessional conduct.

Dated:  June 8, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge